STATE OF NEVADA Ex Rel. ALFRED MERRITT
SMITH, State Engineer of the State of Nevada,
Relator, *v.* THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, in and
for the County of Humboldt, and Honorable
J. M. LOCKHART, Presiding Judge Thereof,
and the HUMBOLDT LOVELOCK IRRIGATION
LIGHT & POWER COMPANY, a Corporation,
Respondents.

No. 3209

November 18, 1937.                    73 P. (2d) 502.

*Gray Mashburn,* Attorney-General, *W. T. Mathews,*
and *W. Howard Gray,* Deputy Attorneys-General, for
Relator:

*Hawkins, Mayotte & Hawkins,* for Respondents, The Sixth Judicial District Court and J. M. Lockhart, as acting and presiding Judge thereof:

## OPINION

By the Court, HATTON, District Judge:

The above matter is a companion case to that of Andrew Jahn, Petitioner, v. Sixth Judicial District Court of the State of Nevada, in and for the County of Humboldt, 58 Nev. 204, 73 P.(2d) 499, this day decided.

As the opinion in that matter establishes the law in this proceeding, it is unnecessary to do more than refer to it.

Petition granted.